IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NOS. |
| V. | : | |
| | : | 1:10-CR-162-RWS-RGV |
| MARK WALKER, SIDNEY WALKER, | : | 1:11-CR-391-RWS-RGV |
| and MATTHEW WARE | : | |
| | : | |

PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through, Sally Quillian Yates, United States Attorney for the Northern District of Georgia, and C. Brock Brockington, Assistant United States Attorney, hereby submits the attached proposed voir dire questions to be presented to the prospective jurors to be examined in this case pursuant to Rule 24(a), Federal Rules of Criminal Procedure.

    Respectfully submitted,

    SALLY QUILLIAN YATES
    UNITED STATES ATTORNEY

    C. BROCK BROCKINGTON
    ASSISTANT UNITED STATES ATTORNEY
    Georgia Bar No. 775084
    Richard B. Russell Building - Suite 600
    75 Spring Street SW
    Atlanta, Georgia 30303
    (404) 581-6198     (office)
    (404) 581-6181     (fax)

I. **QUESTIONS REQUESTED TO BE POSED INDIVIDUALLY TO EACH PROSPECTIVE JUROR**
    A. <u>Identifying information</u>:  What is your name, and how old are you?

    B. <u>Residence</u>:
        1. Where do you live (neighborhood is sufficient)?
        2. How long have you lived there?
        3. Do you own or rent your home or residence?
        4. Where did you live previously, and how long did you live at that location?

    C. <u>Employment</u>:
        1. Are you currently employed?
        2. If yes, where do you work?
        3. How long have your worked at that location?
        4. What do you do at your place of work?
        5. Do you have hiring/firing authority?
        6. If retired or currently unemployed: What was your previous employment?
        7. If a homemaker: Have you ever been employed outside of the home?

    D. <u>Education</u>:
        1. What is your educational background?
        2. If you attended college, please name the school.
        3. What was your major?
        4. Do you have a post-graduate degree?
        5. If so, in what field?

    E. <u>Marital Status</u>:
        1. What is your marital status?
        2. If married:
            a. Does your spouse work; and if so, where, and what does your spouse do at work?

        b.      If your spouse is presently retired or unemployed, what was his or her previous employment?
        c.      If your spouse is a homemaker, has he or she ever been employed outside of the home? If so, in what capacity?
    3.    Please state the number of children or step-children you have, if any; their age; their marital status and location of their residence; and if employed, the name of their employer and the type of work they do.

F.    Military service:
    1.    Have you or a member of your family ever served in the military?
    2.    If so, what were your dates of service?
    3.    If so, what duties were performed while in the military?
    4.    If so, what was the highest rank held?
    5.    If so, what type of discharge was received?

G.    Community Activities
    1.    Do you belong to any social or professional organizations?
    2.    If so, do you hold any office with an organization you have named?
    3.    Other than voting for the candidates of your choice, have you ever been actively involved in local politics in the town or county where you live?

H.    Entertainment: Do you regularly watch any law-related programs on television (such as CSI, Law and Order, etc)?
    1.    If so, which programs?
    2.    How often do you watch such shows?
    3.    Based on the law-related programs that you watch, have you formed an opinion about what type of evidence is necessary for the government present in court to satisfy its burden of proof? If so, can you put those opinions aside, and decide the case based on the evidence presented in the courtroom during the course of this trial?

II. **GENERAL QUESTIONS REQUESTED FOR THE PANEL AS A WHOLE**
   A. <u>Knowledge of persons involved in and connected to litigation</u>:
      1. <u>The Defendant</u>: Mark Walker, Sidney Walker, and Matthew Ware are a defendants in this case.
         a. Do any of you know Mark Walker, Sidney Walker, or Matthew Ware?
      2. <u>Defense Counsel</u>: Adam Hames, Daniel Conaway, and Dwight Thomas are the defense attorneys in this case.
         a. Do any of you know Mr. Hames, Mr. Conaway, or Mr. Thomas either professionally or socially, or anyone in their offices?
      3. <u>Government Counsel</u>: Trying this case on behalf of the United States are Michael F. Smith and C. Brock Brockington, who are both federal prosecutors with the United States Attorney's Office for the Northern District of Georgia.
         a. Do any of you know Mr. Smith or Mr. Brockington?
         b. Do any of you know Sally Quillian Yates, the United States Attorney for this District?
         c. Do any of you know any other lawyer with the United States Attorney's Office for the Northern District of Georgia, or any of the support staff employees of that office?
      4. <u>Agents</u>: Seated at counsel table with Mr. Smith and Mr. Brockington is Mario Lijoi, a Special Agent of the Drug Enforcement Administration.
         a. Do any of you know either Special Agent Lijoi?
      5. <u>Other individuals</u>:
         a. Are any on you acquainted with any other member of this jury panel who have reported for jury service today?

   B. <u>Experience with drugs and drug-related issues</u>:
      1. In this case, the United States alleges violations of the drug and money laundering laws of the United States. Has any member of the jury panel or close relative of a prospective juror ever been

3

       involved in an incident involving drugs or narcotics, including but not limited to cocaine or marijuana?  Has any member of the jury panel or close relative of a prospective juror ever been involved in an incident involving some form of money laundering?

2. Is there any member of the jury panel acquainted with any person who uses or used illegal drugs?
3. Has any member of the jury panel, a close relative of a jury panel member, or a close friend of a prospective juror ever been addicted to drugs?
4. Has any member of the jury panel, their close relative, or their close friend ever received treatment for drug dependency?
5. Has any member of the jury panel or his or her close relative ever worked in any program providing counseling services to persons suffering from drug dependency?
6. Do any of you feel that the drug laws of this country are unduly harsh?
   a. Do any of you believe, for whatever reason, that you would have difficulty sitting in judgment of one who is accused of committing a drug offense?
7. Does any member of the panel believe that the possession, use, or distribution of illegal drugs or narcotics, such as, heroin, cocaine, or methamphetamine, should be legalized?

C. <u>Informants and Cooperators</u>:
   1. Is there any member of the jury panel who objects to the Government's use of informants who cooperate in an investigation with the hopes of receiving a reduced sentence?
   2. This case may also involve the testimony from a convicted person who is cooperating with law enforcement in exchange for the possibility of receiving a reduced sentence.  Does any member of the panel object to the prosecution presenting trial testimony of convicted persons who are hoping to receive reduced sentences?

D.  <u>Prior grand jury service</u>
    1. Has any member of the panel ever served on a grand jury?
    2. Was it a state or federal grand jury?
    3. Where and when did you serve on the grand jury?

E.  <u>Prior petit jury service</u>
    1. Has any member of the panel ever served on a trial jury?
    2. Was it a civil or criminal case?
    3. Where and when did you serve?
    4. Were you the foreperson?
    5. Did the jury you were on reach a verdict?

F.  <u>Prior exposure to criminal laws</u>: Has any member of the panel, or a close friend or family member, ever been arrested, charged, or convicted of a criminal offense, other than for a minor traffic violation?
    1. If so, please describe the nature of the offense, and about when it occurred, and how the matter was resolved.
    2. Do you feel that you, your close friend, or your family member was treated fairly?
    3. Would this experience make it difficult for you to be a fair and impartial juror, if you were selected to serve in this case?
    4. If answer given described a drug related or money laundering related incident: Would this experience make it difficult for you to be a fair and impartial juror in this case, which deals with violations of the drug and money laundering laws of the United States?

G.  <u>Victims of crime</u>: Have any member of the panel, or any close friend or family member, ever been the victim of a crime?
    1. If so, please describe the nature of the crime and when it occurred.
    2. Was any one arrested and prosecuted for the offense?
    3. Was the person convicted?
    4. Would this experience in any way affect your ability to be a fair and impartial juror, if you were selected to serve in this case?

5

H. <u>Prior exposure to the courts</u>
 1. Excluding what has been already described about prior jury service and prior involvement with criminal related matters, has any member of the panel, or a close friend or family member, ever been involved in a court proceeding of any kind? If so, please describe.
 2. Did you have to testify as a witness in the court proceeding?
 3. Do you feel like you were treated fairly?
 4. Would that experience in court cause you to be biased against any of the parties in this case?

I. <u>Prior experience with law enforcement authorities</u>:
 1. Has any member of the panel, or a close friend or family member, had an unpleasant experience with law enforcement that might interfere with your ability to serve as a fair and impartial juror?
 2. The IRS and the DEA are several of the agencies primarily responsible for investigating this case. Has any member of the panel, or a close friend or family member, had an unpleasant experience with the Internal Revenue Service or the Drug Enforcement Administration that might interfere with your ability to serve as a fair and impartial juror?

J. <u>Prior litigation against a government entity</u>:
 1. Has any member of the panel, or a close friend or family member, been a party to a lawsuit or other proceeding involving either an agency of the United States or a state or local agency?
 2. If so, please describe.
 3. Was the matter resolved to your satisfaction?
 4. Would that experience interfere with your ability to serve as an impartial juror?

K. <u>Training and professional exposure to the law</u>:
   1. Has any member of the panel, or a close friend or family member, ever received any legal training, practiced law, or worked in an attorney's office?
      a. If so, please identify the person who has received such training and describe the type of training received.
      b. If so, what type of law does the person practice and by whom is he or she employed?
   2. Has any member of the panel, or a close friend or family member, ever been employed in the criminal justice system, either as law enforcement or in a prosecutor's office?
      a. If so, please specify your relationship with that person and the nature of his or her service.

L. <u>Experience with incarcerated persons</u>:
   1. Has any member of the panel ever visited a jail or prison, whether to visit someone incarcerated, to bail someone out of jail, or as part of a prison outreach program, or for any other reason?
   2. Would that experience make it difficult to serve as a fair and impartial juror?

M. <u>Business activities</u>:
   1. Has any member of the panel or any close family member ever owned or operated a small business that has not already been discussed.
   2. If so, what was the nature of the business?
   3. If applicable, what position did you hold with respect to that business?

N. <u>Familiarity with financial documents, accounts, and information</u>:
   1. Is there anyone on the panel who has never attended a real estate closing?
   2. Is there anyone on the panel who has never had a bank account?
   3. Is there anyone on the panel who has ever utilized the services of a Certified Public Accountant?

7

O. <u>Ability to follow the court's instructions</u>: At the close of the case, the judge will instruct you on the law you must apply to the facts of this case.
   1. Is there anyone who would be unwilling to follow the judge's instructions on the law?
   2. Do you feel that you would hesitate to follow the judge's instructions if those instructions conflicted with your personal beliefs?
   3. Does any member of the panel have any beliefs or principles which would make you reluctant to serve on a criminal jury?
   4. Would any of your beliefs or principles make it difficult or impossible for you to judge a fellow citizen?
   5. Is there anyone who feels that they would not be able to decide this case based solely upon the evidence and the rules of law as given by the Court without considering the sentence which might be imposed as a result of this guilty verdict?

P. <u>Familiarity with Philadelphia, Pennsylvania:</u> Members of the jury, the Government anticipates calling several witnesses from the City of Philadelphia in Pennsylvania.
   1. Is any member of the panel from Philadelphia, or does any member of the panel have a close friend or family member from Philadelphia or currently living in Philadelphia?
   2. Other than those who responded, are there any members of the panel who have any significant ties to Philadelphia?
   3. Would this connection to Philadelphia affect your ability to be a fair and impartial juror in this case?

Q. <u>Ability to sit as a juror</u>
   1. Do any of you have any problems with your hearing or sight or any other physical or medical problems that might impair your ability to sit as a juror in this case and to devote full attention to this trial?
   2. Is there anything that we have not asked you that could impact your service that you feel we should know?

8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NOS. |
| V. | : | |
| | : | 1:10-CR-162-RWS-RGV |
| MARK WALKER, SIDNEY WALKER, | : | 1:11-CR-391-RWS-RGV |
| and MATTHEW WARE | : | |
| | : | |

## CERTIFICATE OF COMPLIANCE AND SERVICE

I hereby certify that the above was prepared using Times New Roman 14-point font, and that I caused a copy of the foregoing GOVERNMENT'S PROPOSED VOIR DIRE to be served on the defense counsel shown below via the Court's electronic filing system for delivery:

Adam Marshall Hames
The Hames Law Firm, LLC
511 E. Paces Ferry Rd. NE
Atlanta, Georgia 30305
Attorney for M. Walker

Daniel Conaway
Conaway & Strickler PC
75 14th Street - Suite 3000
Atlanta, Georgia 30309
Attorney for S. Walker

Dwight Lowell Thomas
Office of Dwight L. Thomas
1745 Martin Luther King Jr. Drive SW
Atlanta, Georgia 30314
Attorney for Ware

This 2d day of January, 2013.

/s/ Brock Brockington
C. BROCK BROCKINGTON
ASSISTANT UNITED STATES ATTORNEY