IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:11-CR-0391-RWS |
| SIDNEY WALKER, | : |
| | : |
| Defendant. | : |

## ORDER

This case is before the Court for consideration of the Government's Motion in Limine on Certain Trial Matters [151]. This Motion was addressed at the pretrial conference conducted on December 4, 2012.

Regarding the Government's Motion in Limine on Certain Trial Matters [151], the Government will be permitted to introduce into evidence the facts underlying Defendant Mark Walker's 2008 Eastern District of Pennsylvania conviction and evidence of Defendant Sidney Walker's 1990 Pennsylvania state felony drug offense conviction. Defendants will not present any evidence regarding the potential punishment for the offenses faced in this case. This does not preclude Defendants from questioning other witnesses about possible

AO 72A
(Rev.8/82)

punishments they faced when negotiating plea agreements with the Government. Defendants are not precluded from stating that Mark Walker is currently serving a sentence on his 2008 Eastern District of Pennsylvania felony drug offense conviction but, are prohibited from stating the specific term of that sentence.

**SO ORDERED** this 4th day of January, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)